1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LAILA KIA,                              No. C 12-05317 JSW

10          Plaintiff,                      **ORDER DENYING AS MOOT**
                                            **MOTION TO DISMISS FIRST**
11   v.                                     **AMENDED COMPLAINT AND**
                                            **ORDERING PLAINTIFF TO**
12   THE CALIFORNIA PUBLIC EMPLOYEES'       **SHOW CAUSE RE SUBJECT**
     RETIREMENT SYSTEM, and RAHIM KIA,      **MATTER JURISDICTION**
13
            Defendants.                     **(Docket No. 14)**
14
     _____/
15

16          On January 22, 2013, Defendant, the California Public Employees' Retirement System

17   ("CALPERS") filed a motion to dismiss Plaintiffs first, second and eighth claims for relief,

18   which is scheduled for hearing on March 22, 2013.  After the briefing on the motion was

19   complete, Plaintiff filed a Notice of Voluntary Dismissal, in which she dismisses all pending

20   claims against CALPERS.  A plaintiff may voluntarily dismiss an action without leave of court

21   "before the opposing party serves either an answer or a motion for summary judgment."  Fed.

22   R. Civ. P. 41(a)(1)(A)(i).  Accordingly, the Court DENIES AS MOOT CALPERS' motion to

23   dismiss, and it VACATES the hearing scheduled for March 22, 2013.

24          Because Plaintiff has dismissed CALPERS she also has dismissed the only federal

25   claim.  The remaining claims all arise under state law, and it is not evident from the face of the

26   First Amended Complaint that the parties are completely diverse.

27          Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case

28   should not be dismissed for lack of subject matter jurisdiction.  Plaintiff's response to this Order

**United States District Court**
For the Northern District of California

to Show Cause shall be due by no later than March 1, 2013.

     **IT IS SO ORDERED.**

Dated: February 12, 2013

                                           
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California