**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA KIA, | No. C -12-05317 EDL |
| Plaintiff, | **ORDER CONTINUING PRETRIAL AND TRIAL DATES** |
| v. | |
| RAHIM KIA, | |
| Defendant. / | |

The pretrial conference in this case is continued to September 2, 2014 at 2:00 p.m. Trial is continued to September 22, 2014. All other provisions of the Court's October 14, 2013 Scheduling Order remain in effect.

Defendant's request to appear by telephone at the settlement conference will be decided by Magistrate Judge James.

**IT IS SO ORDERED.**

Dated: January 9, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge