UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| LAILA KIA,<br><br>                    Plaintiff(s),<br>    v.<br><br>THE CALIFORNIA PUBLIC EMPLOYEES'<br>RETIREMENT SYSTEM,<br><br>                    Defendant(s). | No. C 12-05317 (MEJ)<br><br>**ORDER VACATING<br>SETTLEMENT CONFERENCE** |

Plaintiff's counsel has informed the Court in writing that Plaintiff is declining to continue with a Settlement Conference and therefore requests that it not go forward. It is therefore **ORDERED** that the Settlement Conference presently scheduled to take place on April 22, 2014 at 10:00 a.m., before Magistrate Judge Maria-Elena James is **VACATED**.

Dated: April 17, 2014

_____
Maria-Elena James
United States Magistrate Judge