IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA KIA, | No. C -12-05317 EDL (MEJ) |
| Plaintiff, | **ORDER FOLLOWING STATUS CONFERENCE** |
| v. | |
| THE CALIFORNIA PUBLIE EMPLOYEES' RETIREMENT SYSTEM, | |
| Defendant. | |

On May 27, 2014, the Court held a status conference in this case. After discussions at the conference, the Court ordered the parties to file a joint case management conference statement no later than June 3, 2014. The parties filed separate statements on that date. The Court has reviewed the parties' statements and issues the following scheduling order.

The Court reopens discovery. The discovery cutoff date is September 5, 2014. Defendant's deposition shall take place on a mutually agreeable date before the discovery cutoff date either: (1) telephonically or; (2) if Defendant travels to California in August or September, during his scheduled trip. Any discovery motions shall be filed in accordance with Civil Local Rule 37-3.

Dispositive motions shall be filed no later than September 23, 2014, and will be heard on October 28, 2014 at 2:00 p.m. The pretrial conference in this matter is continued to February 17, 2015. The trial is continued to March 9, 2015.

This matter is referred to Magistrate Judge Maria-Elena James for a further settlement conference to take place, if possible, between October 14, 2014 and October 27, 2014. The parties are ordered to attend. In particular, Plaintiff must appear in person at the further settlement

conference.

In all other respects, the October 14, 2013 Case Management and Pretrial Order for Jury Trial remains in effect.

**IT IS SO ORDERED.**

Dated: June 6, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge

2