IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA KIA, | No. C -12-05317(EDL) |
| Plaintiff, | **ORDER RE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF [DKT. 72]** |
| v. | |
| THE CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM, et al., | |
| Defendant. | |

Having considered the parties' respective papers relating to the Motion to Withdraw as Counsel for Plaintiff ("Motion"), the Court finds this matter is appropriate for disposition without a hearing. Accordingly, the hearing date is vacated and no appearances are required. The Motion is submitted for decision and the parties will be served with the Court's Order deciding the Motion.

**IT IS SO ORDERED.**

Dated: October 31, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge