IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA KIA, | No. C -12-05317(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| THE CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al., | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a status conference is scheduled for December 16, 2014 at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102. Statements regarding status shall be filed no later than 12:00 p.m. on December 12, 2014.

**IT IS SO ORDERED.**

Dated: December 8, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge