IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA KIA, | No. C -12-05317(EDL) |
| Plaintiff, | **ORDER DENYING REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al. | |
| Defendants. | |

On December 30, 2014, Plaintiff filed a status conference statement in which she made an informal request to continue the further case management conference currently set for 10:00 a.m. on January 6, 2015. Plaintiff's request is denied and the conference will take place as scheduled.

**IT IS SO ORDERED.**

Dated: January 2, 2015

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge