United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA KIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAHIM KIA,<br><br>　　　　　Defendant. | Case No.  12-cv-05317-EDL<br><br>**ORDER** |

As stated at the Case Management Conference on January 6, 2015, Plaintiff's former counsel, S. Raye Mitchell, shall provide the entire litigation file for this case to Plaintiff no later than January 20, 2015.  As stated in the Court's Order Granting Motion to Withdraw as Counsel, if she is not already doing so, Ms. Mitchell shall forward papers served on her through the Court's electronic filing system to Plaintiff pursuant to Civil Local Rule 11-5.

**IT IS SO ORDERED**.

Dated:  January 6, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge