UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAILA KIA,

        Plaintiff,

   v.

RAHIM KIA,

        Defendant.

Case No. 12-cv-05317-EDL

**CONDITIONAL DISMISSAL**

The Court has been advised that this case has settled.  IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 30 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: January 6, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge