IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAILA KIA, | No. C -12-05317(EDL) |
|     Plaintiff, | **ORDER REGARDING PENDING MOTIONS** |
| v. | |
| THE CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, et al. | |
|     Defendants. | |

On January 6, 2015, this case was settled on the record during a conference before Magistrate Judge James. This Court issued a Conditional Dismissal Order, dismissing the case without prejudice with leave to reinstate within 30 days if the settlement was not completed by that date. On January 27, 2015, Plaintiff's counsel filed a Motion to Withdraw as Attorney of Record. On February 4, 2015, Plaintiff filed a Motion to Dismiss the case, but did not confirm that the settlement reached during the settlement conference had been completed. On February 6, 2015, Defendant filed a Motion for Court to Enforce Judicially-Supervised Settlement and Release Agreement. These three motions shall be heard together on March 10, 2015 at 9:00 a.m. Opposition and reply briefs are due in accordance with Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: February 11, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge