**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEILA KIA

        Plaintiff,                No. C-12-5317 EDL

  v.

RAHIM KIA                          **ORDER TO AUTHORIZED**
                                        **TRANSCRIBER TO PRODUCE**
        Defendant.             **TRANSCRIPT OF FTR RECORD**

_____/

On January 6, 2015,  a hearing was held in the above-entitled action. Docket number 87. Production of a transcript of the 11:26 - 11:34 FTR recorded matter for the court is necessary for the resolution of this matter.

Accordingly, authorized transcriber Tara Bauer is directed to prepare the transcript of this proceeding on the following basis:

( )  Ordinary (within 30 days @ $3.65 per page).

( )  14-Day (within 14 days @ $4.25 per page).

(X )  Expedited (within 7 days @ $4.85 per page).

( )  Daily (overnight @ $6.05 per page).

( )  Hourly (within 2 hrs @ $7.25 per page).

Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: February 27, 2015                _Elizabeth D. Laporte_
                                 _____
                                   Elizabeth D. Laporte
                                   United States Magistrate Judge

cc:  Court Reporter Supervisor and Authorized Transcriber